**NORMAN SPENCER LAW GROUP, P.C.**
**ATTORNEYS AT LAW**
52 DUANE STREET, 7th FLOOR
NEW YORK, NY 10007
Tel. (212) 577-6677• Fax (212) 227-5602• Email: ns@normanspencerlaw.com
Additional Offices:
211 N UNION ST., SUITE 100, ALEXANDRIA, VA 22314 ONE GATEWAY CENTER, SUITE 2600, NEWARK, NJ 07102

June 29, 2026

Hon. Anne Y. Shields
United States District Court Judge
Eastern District of New York
100 Federal Plaza
P.O. Box 840
Central Islip, New York 11722-9014

Re: United States v. Cho
26-cr-00154

Dear Judge Shields,

I represent Mr. Sung Moo Cho in the above-referenced matter. I respectfully request that the Court modify the conditions of Mr. Cho's release to permit travel through the Commonwealth of Pennsylvania.

Mr. Cho resides in New Jersey and regularly travels by automobile between his residence and upstate New York. The most direct and practical route necessarily passes through Pennsylvania. Under the Court's June 15, 2026 Order setting conditions of release, however, Mr. Cho is restricted to travel within the States of New York and New Jersey, preventing him from using that route.

This request is limited to allowing travel through Pennsylvania solely for the purpose of traveling between New Jersey and New York. Mr. Cho respectfully requests that the Court modify his bond conditions accordingly. I discussed this matter with the Government who consent to this application.

Respectfully Submitted,

N. Spencer

Norman Spencer, Esq.

cc: AUSA Adam R. Toporovsky